UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BOARD OF TRUSTEES OF TE WESTCHESTER
PUTNAM COUNTIES HEAVY & HIGHWAY
LABORERS' LOCAL NO. 60 PENSION FUND,
APPRENTICE AND TRAINING FUND, LEGAL
SERVICES FUND, INDUSTRY ADVANCEMENT FUND,
NEW YORK STATE LABORERS EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,
LABORERES LOCAL 60 AND CONSTRUCTION
INDUSTRY COUNCIL OF WESTCHESTER AND
HUDSON VALLEY, INC. JOINT INDUSTRY LABOR
AND THE WESTCHESTER PUTNAM COUNTIES
HEAVY AND HIGHWAY LABORERES' LOCAL NO.60,

No. 21-CV-10189 (CS)

**ORDER**

                              Plaintiffs,

      – against –

CASABELLA CONTRACTING OF NY, INC., LAURA
MARCELA PIGNATARO, Individually, FRANK
PIGNATARO, Individually, and HUDSON INSURANCE
COMPANY a/k/a HUDSON INSURANCE GROUP,

                              Defendants.

------------------------------------------------------------------------x

Seibel, J.

      The return date of the Order to Show Cause for Default Judgment against Defendant Laura Marcela Pignataro, (ECF No. 28), is adjourned to May 17, 2022 at 10:00 a.m., by telephone.  It is further ORDERED that service of a copy of this Order and supporting papers be made upon Defendant, Laura Marcela Pignataro, Individually, by Certified Mail, return receipt requested, and by email if an email address is available, on or before May 9, 2022.  Proof of service shall be filed on the ECF docket.

**SO ORDERED.**

Dated: May 6, 2022

White Plains, New York

                                                CATHY SEIBEL, U.S.D.J.