UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS' LOCAL NO. 60 PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICE AND TRAINING FUND, LEGAL SERVICES FUND, INDUSTRY ADVANCEMENT FUND, NEW YORK STATE LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST FUND, LABORERS LOCAL 60 AND CONSTRUCTION INDUSTRY COUNCIL OF WESTCHESTER AND HUDSON VALLEY, INC. JOINT INDUSTRY LABOR MANAGEMENT FUND, POLITICAL ACTION FUND, AND THE WESTCHESTER PUTNAM COUNTIES HEAVY AND HIGHWAY LABORERS' LOCAL NO. 60,

Plaintiffs,

-against-

CASABELLA CONTRACTING OF NY, INC., LAURA MARCELA PIGNATARO, Individually, FRANK PIGNATARO, Individually, and HUDSON INSURANCE COMPANY a/k/a HUDSON INSURANCE GROUP,

Defendant,

INDEX NO: 21-10189 (CS)

DEFAULT JUDGMENT *AGAINST LAURA PIGNATORO ONLY*

---

This action having been commenced on December 1, 2021 with the filing of the summons and complaint and the summons and complaint was served upon the Defendant, Laura Marcela Pignataro, Individually, on December 15, 2021 via personal service and proof of such service thereof was filed on January 5, 2022 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant, Laura Marcela Pignataro, Individually, in the liquidated amount of Thirteen Thousand Nine Hundred and Seventy-Eight Dollars and Fifty Two Cents ($13,978.52) which includes Union Dues withheld in the minimum sum of $9,398.24 for the period March 1, 2021 through to and including August 30, 2021 and $352.43 in interest owed for union dues for the delinquent period calculated at nine percent (9%) per annum from

September 1, 2021 through January 31, 2022; _____ AND

$977.44 in unpaid withheld fringe benefit contributions principal for the period March 1, 2021 through to and including August 30, 2021; $50.71 in interest owed for fringe benefit contributions for the delinquent period calculated at ten percent (10%) per annum from period of September 1, 2021 through January 31, 2022; _____;

$97.70 in liquidated damages calculated at 10% of the unpaid principal due; reasonable attorney's fees in the amount of $2,570.00; and costs and disbursements in the amount of $532.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
_May 17_, 2022

So Ordered:

_____
Honorable Cathy Seibel, U.S.D.J.