UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Board of Trustees…, et al.,

                      Plaintiff(s),

-against –

Casabella Contracting of NY, Inc., et al.,

                      Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-10189 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Hudson Insurance Company)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Hudson Insurance Company)**; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: September 29, 2022
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.